# Harris County Docket Sheet

## 2021-20821

**COURT:** 157th
**FILED DATE:** 4/8/2021
**CASE TYPE:** Motor Vehicle Accident



### GAINES, CORTRIE
Attorney: DESIMONE, DONALD G.

### vs.

### VIGIL, TIMOTHY
Attorney: MOYE, WILLIAM RICHARDS

### Docket Sheet Entries

| Date | Comment |
|---|---|

**202120821 - GAINES, CORTRIE vs. VIGIL, TIMOTHY (Court 157)**

Chronological History (non-financial)   Print All



* Note: Not every case file in our library of records is available in electronic format. (A document may be filed in a case that is not viewable electronically.) Only non-confidential civil/criminal documents are available to the public. If a document in a case you are looking for is not available, please click here to notify Customer Service.

Purchase Order ( 0 documents )

You may print and save uncertified copies of documents from the preview window.
If you are not a litigant in this case, you may visit our Customer Service departments to obtain copies of documents. Confidential or Sealed documents may not be dispensed to public customers.

If you are a litigant that is a party of this case and would like access to the restricted documents, please click here.

Print List

| Image No. | Type | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|---|
| 95766002 | Filing | Plaintiff's Notice of Filing of Affidavits | | | 05/11/2021 | 2 | Add to Basket |
| 95766004 | Filing | Affidavit of Cost and Necessity of Services | | | 05/11/2021 | 8 | Add to Basket |
| 95766005 | Filing | Affidavit of Cost and Necessity of Services | | | 05/11/2021 | 13 | Add to Basket |
| 95766006 | Filing | Affidavit of Cost and Necessity of Services | | | 05/11/2021 | 18 | Add to Basket |
| 95744818 | Filing | Defendant's Answer | | | 05/10/2021 | 5 | Add to Basket |
| 95400361 | Filing | Citation Return | | | 04/19/2021 | 2 | Add to Basket |
| 95218115 | Filing | PLAINTIFFS ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES | | | 04/08/2021 | 3 | Add to Basket |
| 95218116 | Filing | REQUEST FOR ISSUANCE OF SERVICE | | | 04/08/2021 | 1 | Add to Basket |
| 95218117 | Filing | REQUEST FOR ISSUANCE OF SERVICE | | | 04/08/2021 | 1 | Add to Basket |

4/8/2021 2:53:21 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 52275029
By: JACKSON, MONICA
Filed: 4/8/2021 2:53:21 PM

# Marilyn Burgess – Harris County District Clerk

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

Name(s) of Documents to be served: **PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES**

**FILE DATE:** 04/08/21

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Hittman Transport Services, Inc.

**Address of Service:** 211 E. 7th Street, Suite 620

**City, State & Zip:** Austin, Texas 78701-3218

**Agent (if applicable):** CT Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication** Newspaper _____
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias (not an E-Issuance)**
- [ ] **Attachment**
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Other (Please Describe)** _____
- [ ] _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **CONSTABLE**
- [ ] **MAIL to attorney at:** _____
- [ ] **CERTIFIED MAIL by District Clerk**
- [X] **E-Issuance by District Clerk** (No Service Copy Fees Charged)  ddesimone@desimonelawoffice.com
- (Note:) **CAPIAS is not an E-Issuance Option**
- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- [ ] **OTHER ,** *explain*

**Issuance of Service Requested By:** Attorney/Party Name: **Donald G. DeSimone** Bar # or ID: **05776710**

Mailing Address: 4635 Southwest Freeway, Suite 850, Houston, Texas 77027

Phone Number: (713) 526-0900 ext 2225

Certified Document Number: 95218117 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 12, 2021

Certified Document Number:        95218117 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/8/2021 2:53:21 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 52275025
By: JACKSON, MONICA
Filed: 4/8/2021 2:53:21 PM

# Marilyn Burgess – Harris County District Clerk

Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: **PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES**

FILE DATE: 04/08/21

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: Timothy Vigil
Address of Service: 2320 E. Street SW
City, State & Zip: Miami, OK 74354 (or wherever he may be found)
Agent (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Other (Please Describe) _____
- [ ] _____
- [ ]

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] CONSTABLE
- [ ] MAIL to attorney at: _____
- [ ] CERTIFIED MAIL by District Clerk
- [X] E-Issuance by District Clerk (No Service Copy Fees Charged) — ddesimone@desimonelawoffice.com

(Note:) **CAPIAS is not an E-Issuance Option**

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- [ ] OTHER, *explain*

Issuance of Service Requested By: Attorney/Party Name: **Donald G. DeSimone** Bar # or ID: **05776710**

Mailing Address: 4635 Southwest Freeway, Suite 850, Houston, Texas 77027
Phone Number: (713) 526-0900 ext 2225

Certified Document Number: 95218116 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 12, 2021

Certified Document Number:        95218116 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/8/2021 2:53 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52275029
By: Monica Jackson
Filed: 4/8/2021 2:53 PM

Cause No. _____

| | | |
|---|---|---|
| **Cortrie Gaines** | § | IN THE DISTRICT COURT OF |
| | § | |
| -VS- | § | HARRIS COUNTY, TEXAS |
| | § | |
| **Timothy Vigil and** | § | |
| **Hittman Transport Services, Inc.** | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Cortrie Gaines files this Plaintiff's Original Petition with Request for Disclosures complaining of Defendants, Timothy Vigil and Hittman Transport Services, Inc. and respectfully shows as follows:

### I.
### DISCOVERY PLAN LEVEL 2

Plaintiff requests that this lawsuit be governed by Discovery Plan Level 2 pursuant to Rule 190.2 of the Texas Rules of Civil Procedure.

### II.
### CLAIMS FOR RELIEF

Pursuant to Rule 47 C in the Texas Rules of Civil Procedure, this lawsuit is for monetary relief less than $250,000.

### III.
### PARTIES

Plaintiff is an individual and resident of Harris County, Texas.

Defendant Timothy Vigil is an individual resident of Ottawa County, Oklahoma. He may be served with citation at his usual place of residence at 2320 E. Street SW, Miami, OK 74354 or wherever he may be found.

Defendant Hittman Transport Services, Inc., is a corporation doing business in Monroe, Ouachita Parish County, Louisiana. This Defendant may be served with due process herein by serving its registered agent for service, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

## IV.
## JURISDICTION OF VENUE

This court has jurisdiction over this case and the damages sought are within the jurisdictional limits of this court. Venue is proper in Harris County, Texas, because Defendant does business in the State of Texas at the time the accident made the basis of this lawsuit occurred in Harris County at the time the cause of action accrued.

## V.
## FACTUAL BACKGROUND

This is a suit for negligence. On or about August 22, 2020, Plaintiff, Cortrie Gaines was driving a 2019 Lincoln Continental at I-20 in Ouachita Parish County, Texas. Defendant Timothy Vigil was driving a 2021 Kenworth TT (owned by Hittman Transport Services, Inc.) was also traveling south at I-20 and made an unsafe lane change, causing the collision. As a result of the collision, Plaintiff sustained serious personal bodily injuries.

## VI.
## CAUSES OF ACTION

Defendant Hittman Transport Services, Inc.. is liable for the actions of its employee, Timothy Vigil, who was acting in the course and scope of his employment in furtherance of the business interests of Hittman Transport Services, Inc. On the occasion in question, Mr. Vigil, operated a commercial vehicle in a negligent manner, in that he violated the duty which he owed the Plaintiff to exercise ordinary care in the operation of the motor vehicle in one or more of the following particulars:

1. In failing to keep proper lookout;

2. In making an unsafe lane change, disregarding other vehicles;

3. Driver inattention.

3. Failing to timely apply the brakes to avoid collision with Plaintiff.

4. In any combination of two or more of the above.

## VII
## DAMAGES

Because of his bodily injuries proximately caused by Defendants' negligence, Plaintiff is entitled to reasonable and proper compensation for the following legal damages:

      a. past and future medical expenses;
      b. past and future physical pain; and
      c. past and future pain and suffering;

# VIII
## REQUEST FOR DISCLOSURES

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose the information and material described in Rule 194.2 within fifty (50) days of the service of this Plaintiff's Request for Disclosure to Defendants. In addition, under Rule 190.2(b)(6), Defendants are requested to produce all documents, electronic information and tangible items that the Defendants has in their possession, custody or control and may use to support its claims or defenses.

# IX.
## PRAYER

Plaintiff prays that he has judgment against Defendants, jointly and severally for actual damages shown and proven at a trial, for prejudgment and post judgment interest, for cost of court and for all other relief, legal and equitable, to which he is entitled.

Respectfully submitted,

DeSimone Law Office

By: */s/ Donald G. DeSimone*
Donald G. DeSimone
SBN: 05776710
4635 Southwest Freeway
Suite 850
Houston, Texas 77027
Email: ddesimone@desimonelawoffice.com
Phone#    (713) 526-0900
Fax#   (713) 526-8041
**Attorney for Plaintiff**

Certified Document Number: 95218115 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 12, 2021

Certified Document Number:        95218115 Total Pages: 3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/19/2021 5:15 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52611394
By: LISA COOPER
Filed: 4/19/2021 5:15 PM

CAUSE NO. 202120821

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 893397 TRACKING NO: 73860446 EML

| | |
|---|---|
| Plaintiff:<br>GAINES, CORTRIE<br>vs.<br>Defendant:<br>VIGIL, TIMOTHY | In The 157th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To: HITTMAN TRANSPORT SERVICES INC (A CORPORATION DOING BUSINESS IN LOUISIANA) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET SUITE 620, AUSTIN TX 78701-3218

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES

This instrument was filed on April 8, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on April 14, 2021, under my hand and seal of said court.

AFFIDAVIT ATTACHED

Issued at the request of:

DeSimone, Donald G.
4635 SOUTHWEST FREEWAY, SUITE 850
HOUSTON, TX 77027
713-526-0900 x2223
Bar Number: 05776710

Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: MONICA JACKSON

Certified Document Number: 95400361 - Page 1 of 2

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Harris** | **157th Judicial District Court** |

Case Number: 202120821

Plaintiff:
**Cortrie Gaines**

vs.

Defendant:
**Timothy Vigil and Hittman Transport Services, Inc.**

For:
Donald DeSimone
4635 Southwest Freeway
Suite 850
Houston, TX 77027

Received by CDI Investigations, LLC on the 14th day of April, 2021 at 4:15 pm to be served on **Hittman Transport Services Inc., 211 E 7th Street, Suite 620, Austin, TX 78701**.

I, Chris Dathe, being duly sworn, depose and say that on the **15th day of April, 2021** at **11:30 am**, I:

served a **CORPORATION** by delivering a true copy of the **Citation and Plaintiff's Original Petition with Request for Disclosures** with the date of service endorsed thereon by me, to: **Samantha Guerra** as **Intake Agent for Corporation Service Company** who is the Registered Agent for **Hittman Transport Services Inc.**, at the address of: **211 E 7th Street, Suite 620, Austin, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of April, 2021 by the affiant who is personally known to me.

_Cecilia Dathe_
NOTARY PUBLIC

CECILIA DATHE
ID #129576644
My Commission Expires
September 29, 2021

Chris Dathe
PSC 6008, Exp. 12-31-22

CDI Investigations, LLC
22503 Katy Freeway
Suite 59
Katy, TX 77450
(713) 201-7045

Our Job Serial Number: MCI-2021000562

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

Certified Document Number: 95400361 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 12, 2021

Certified Document Number:        95400361 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:21-cv-01605   Document 1-3   Filed on 05/14/21 in TXSD   Page 13 of 18

5/10/2021 9:35 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53260922
By: Kevin Childs
Filed: 5/10/2021 9:35 AM

CAUSE NO. 2021-20821

| | | |
|---|---|---|
| **CORTRIE GAINES,** § | | **IN THE DISTRICT COURT** |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| **V.** § | | **157TH JUDICIAL DISTRICT** |
| § | | |
| **TIMOTHY VIGIL AND HITTMAN TRANSPORT** § | | |
| **SERVICES, INC.** § | | |
| § | | **HARRIS COUNTY, TEXAS** |
| *Defendants.* § | | |

**DEFENDANTS TIMOTHY VIGIL AND HITTMAN TRANSPORT SERVICES, INC.'S
ORIGINAL ANSWER AND JURY DEMAND**

TO THE HONORABLE JUDGE:

COMES NOW, TIMOTHY VIGIL and HITTMAN TRANSPORT SERVICES, INC.'s ("Defendants"), Defendants in the above-styled and numbered cause, and file this Original Answer and Jury Demand, and would respectfully show unto this Honorable Court as follows:

**I. GENERAL DENIAL**

1.1    Defendants invoke the provisions of Texas Rule of Civil Procedure 92, and hereby exercise their legal rights to require Plaintiff to prove all of the allegations contained in his pleadings, if Plaintiff can so prove them, which is denied. Accordingly, Defendants deny generally the allegations of Plaintiff's pleadings and demands strict proof thereof by a preponderance of the evidence.

**II. AFFIRMATIVE DEFENSES**

2.1    Defendants assert that no act or omission on its part was a cause-in-fact, proximate cause, or producing cause of the occurrence in question or the damages alleged by Plaintiff.

2.2     Defendants specifically deny that they have breached any duty of care owed to Plaintiff and acted reasonably prudent at all times under the same or similar circumstances.

2.3     Defendants assert that the damages made the basis of this lawsuit was caused, in whole or in part, by the acts, omissions, fault, negligence, responsibility and/or other conduct on the part of Plaintiff, and said negligence was the cause-in-fact, proximate cause, or sole proximate cause of the alleged damages.

2.4     Defendants assert that the negligence or other conduct of Plaintiff was the sole proximate cause or proximate cause of the matters about which Plaintiff complains of in his petition.  Defendants hereby assert the defense of contributory negligence, comparative fault, and proportionate responsibility as to the causes of action pleaded by Plaintiff.

2.5     Defendants would assert that the accident and/or incident in question was proximately caused by a new and independent, intervening, or superseding cause over which Defendant exercised no control and/or that the accident and/or incident in question and any injuries and/or damages asserted in this case, were the result of an unavoidable incident and/or accident.

2.6     Defendants further assert that in the unlikely event Defendants are found liable to Plaintiff, Defendants expressly deny such liability and contend that Defendants are entitled to indemnity and all credits, offsets or contributions provided by the laws and the statutes of the State of Texas, including but not limited to, the provisions of Chapter 32 and Chapter 33 of the Texas Civil Practice and Remedies Code, as well as all other applicable laws and statutes.

9276423v1
08369.505

Certified Document Number: 95744818 - Page 2 of 5

2.7     Defendants assert that Plaintiff's claims for damages are barred, under section 33.001 of the Texas Civil Practice and Remedies Code, in the event the percentage of Plaintiff's responsibility is greater than fifty percent (50%), regardless of the theory of recovery pled.

2.8     Defendants assert, in addition to any other limitation under law, that Plaintiff's recovery of any medical or healthcare expenses is limited to the amount actually paid or incurred by or on behalf of Plaintiff pursuant to section 41.0105 of the Texas Civil Practice and Remedies Code.

2.9     Defendants assert that the recovery of any loss of earnings, loss of earning capacity, and loss of contributions of a pecuniary value by Plaintiff is limited to the net loss after reduction for income tax payments or unpaid tax liability pursuant to section 18.091 of the Texas Civil Practice and Remedies Code.

2.10    Defendants would show that the Plaintiff has failed to mitigate damages as required under applicable law.

### III. Jury Demand

3.1     Defendants respectfully demand a trial by jury pursuant to the provisions of Rule 216 of the Texas Rules of Civil Procedure.

### IV.  Right to Amend

4.1     Defendants respectfully reserves the right to amend thier Original Answer after it has had the opportunity to more closely investigate these claims, as is Defendant's rights and privileges under the Texas Rules of Civil Procedure and the laws of the State of Texas.

9276423v1
08369.505

Certified Document Number: 95744818 - Page 3 of 5

## V. Prayer

5.1    Defendants pray that Plaintiff takes nothing by this suit, that Defendants have judgment for their costs in this proceeding, and that the Court grant Defendants all such other relief, both general or special, in law or in equity, to which they may show to be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
WILLIAM R. MOYE
STATE BAR NO. 24027553
wmoye@thompsoncoe.com
ZACHARY Z. ROBICHAUX
STATE BAR NO. 24103302
Zrobichaux@thompsoncoe.com
ONE RIVERWAY, SUITE 1400
HOUSTON, TEXAS 77056
(713) 403-8210; FAX: (713) 403-8299
**E-serve:** wmoye.service@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS
TIMOTHY VIGIL and HITTMAN TRANSPORT
SERVICES, INC.**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing document has been sent to all known counsel of record pursuant to the Texas Rules of Civil Procedure on the 10th day of May, 2021.

***Via E-File***
DeSimone Law Office
Donald G. DeSimone
4635 Southwest Freeway
Houston, Texas 77027
(713) 526-0900 phone
(713) 526-8041 fax
***Attorney for Plaintiff***

_____
WILLIAM R. MOYE



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 12, 2021

Certified Document Number:        95744818 Total Pages:  5

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**